LORRETTA V. WOODS, Appellant, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of JACOB J. SCHWARTZWALD, Appellant, for an Inspection and Re-examination of the Voting Machines with Respect to a Recount of the Votes Cast at the General Election Held on November 7, 1933, for the Office of Assemblyman in the Sixth Assembly District, County of Kings. SAMSON INSELBUCH and S. HOWARD COHEN and Others, Constituting the Board of Elections and the County Board of Canvassers of the County of Kings; JOHN N. HARMAN, County Clerk of Kings County, Respondents.— Order reversed on the law and the facts and motion granted. The inspection is to begin at ten A. M. on Friday, December 22, 1933, at the place where the voting machines are stored. The inspection is to be under the supervision of the board of elections, each party to have two representatives. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

THE BAY PARKWAY BANK OF BROOKLYN IN NEW YORK, Respondent, v. ISHAIA SHALOM, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CLARA BREEDVELD, as Administratrix, etc., of WILLIAM BREEDVELD, Deceased, Respondent, v. A. L. HARTRIDGE COMPANY, INC., Appellant, and Others, Defendants; BARTHOLOMEW BUILDING CORPORATION, INC., Impleaded, Defendant, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MICHAEL J. DAVIS, Respondent, v. APOLLO MAGNETO CORPORATION and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ELECTRA HOUSEFURNISHING STORE, INC., Respondent, v. MORRIS MANES, Respondent; SADIE ZISES, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MAX FEINMAN, Respondent, v. ELKA RUBENSTEIN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

HILL ROAD REALTY CO., INC., Appellant, v. THE WESTCHESTER TRUST COMPANY, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.